## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## AT MEMPHIS

| | | |
|---|---|---|
| **HECK VAN TRAN,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | **No. 2:00-cv-02451** |
| **v.** | ) | **Judge Mays** |
| | ) | |
| **RICKY BELL, Warden,** | ) | |
| | ) | |
| **Respondent.** | ) | |

---

### NOTICE OF APPEARANCE

---

Pursuant to the rules of this Court, the undersigned counsel hereby gives notice of her appearance as counsel in this matter on behalf of respondent, Ricky Bell, Warden, and requests that court notices and services of all pleadings, motions and other papers be directed to the undersigned.

Respectfully submitted,

ROBERT E. COOPER
Attorney General & Reporter

  /s/ James E. Gaylord
JAMES E. GAYLORD
Assistant Attorney General
Criminal Justice Division
425 5th Avenue North
P.O. Box 20207
Nashville, Tennessee 37202
(615)-532-7356
B.P.R. No. 20755

## CERTIFICATE OF SERVICE

I certify that the foregoing document was filed electronically on this the 17th day of June, 2011.   A copy of the document was served on this same date, via the Court's electronic filing system on:

Brock Mehler
Mehler Law Firm
209 10th Avenue S., Suite 211
Nashville, TN 37203

Leigh Taylor White
Glankler Brown, PLLC
6000 Poplar Avenue, Suite 400
Memphis, TN 38119

  /s/ James E. Gaylord
JAMES E. GAYLORD
Assistant Attorney General
